DEFENDANT'S EXHIBIT 1 1:15cr060

Mayo 18, 2015

SR. Juez

Hoy quiero pedirle perdón por la mala conducta de mi hijo Osiel Cárdenas quien por su propia responsabilidad cometió un grave error, Por el cual hasta hoy paga sus consecuencias, el reconoce su responsabilidad, es un joven inexperto e inmaduro y esta lección nunca la olvidará...

La desición que usted tome, será la correcta para la vida de mi hijo

Dios Bendiga su Vida
y Todo su trabajo como autoridad...

SRA. Celia S. DE CARDENAS.