PROB 12A
(06/15)

# UNITED STATES DISTRICT COURT
## for the
## SOUTHERN DISTRICT OF TEXAS

### Report on Offender Under Supervision – No Court Action Required

| | | | |
|---|---|---|---|
| Name of Offender: | Osiel Cardenas, Jr. | Case Number: | 1:15CR00060-001 |

Name of Sentencing Judge: The Honorable Andrew S. Hanen

Date of Original Sentence: May 18, 2015

Original Offense: Attempt to Export from the United States to the Republic of Mexico, Certain Merchandise, Articles and Objects, Namely, 9mm, .223mm, and 7.62 mm ammunition, in violation of 18 U.S.C. § 554

Original Sentence: Ten (10) months custody of the U.S. Bureau of Prisons followed by a three (3) year term of supervised release

Type of Supervision: **Supervised Release**    Supervision Started: October 30, 2015

---

### EARLIER COURT ACTION

None.

---

### NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

**Violation Number**    **Nature of Noncompliance**

1    **Mandatory Condition: Shall not commit another federal, state, or local crime**

On July 28, 2016, Osiel Cardenas, Jr., committed the new law violation of Driving While License Suspended in that he knowingly and intentionally operated a motor vehicle on a public roadway after his license was suspended, in violation of the Texas Transportation Code § 521.457, a Class C misdemeanor.

On July 28, 2016, an officer with the Brownsville, Texas Police Department conducting routine patrol duties observed the driver of a white Cadillac Escalade, bearing temporary tags, commit a traffic violation. The officer conducted a routine traffic stop and identified the driver as Osiel

Cardenas,, Osiel Jr.
Dkt. No. 1:15CR00060-001
Page 2

Cardenas, Jr.  Upon running a record check, the officer received notification that the offender's driver's license had been suspended.  Based on this information, the offender was placed under arrest and transported to the Brownsville City Jail for processing.

On July 29, 2016, the offender was released on a $1,000 bond.  This case has not been filed for prosecution and remains pending in Cameron County Court at Law in Brownsville, Texas.

**U.S. Probation Officer Action:**

On August 1, 2016, the offender reported to this officer to discuss his arrest.  The offender initially denied doing anything wrong; however, after further discussion he admitted knowing that his driver's license had been suspended.  He acknowledged using poor judgment in choosing to drive without a license and stated he will not operate his motor vehicle until his driver's license has been reinstated.  As a controlling strategy, the offender has been instructed not to operate his motor vehicle without a license.  As a correctional strategy, this officer discussed the offender's statutory exposure should violations continue to occur.  This officer respectfully recommends that the Court take no action at this time and allow the offender to continue on supervised release.  Mr. Cardenas has been admonished that further noncompliance could result in revocation proceedings.  It is understood the Court reserves the right to address this violation at a later date.

Approved:                                              Respectfully submitted,

_____           By:   _____
Mariano Marroquin, Supervising                  Adrian R. Acuna
United States Probation Officer                  Sr. United States Probation Officer
Date: August 16, 2016                             1082591

RE: **OSIEL CARDENAS, JR.**
Dkt.No.: 1:15CR00060-001
Page 3

[✓] Court Concurs with Recommended Action

[ ] Submit a Request for Modifying the Conditions or Term of Supervision

[ ] Submit a Request for Warrant or Summons

[ ] Other:

Andrew S. Hanen
United States District Judge

8/22/16
Date