United States District Court
Southern District of Texas
**ENTERED**
September 26, 2018
David J. Bradley, Clerk

# UNITED STATES DISTRICT COURT
## Southern District of Texas
### Holding Session in Brownsville

UNITED STATES OF AMERICA
v.
**OSIEL CARDENAS, JR.**

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

CASE NUMBER: **1:15CR00060-001**
USM NUMBER: 80310-379

☐ See Additional Aliases.

Crispin C.J. Quintanilla, III
Defendant's Attorney

**THE DEFENDANT:**
☒ admitted guilt to violation of condition(s)   Mandatory   of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | Mandatory Condition: Shall not commit another federal, state, or local crime | 03/14/2018 |
| 2 | Mandatory Condition: Shall not commit another federal, state, or local crime | 03/14/2018 |
| 3 | Mandatory Condition: Shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon | 03/14/2018 |

☒ See Additional Violations.

The defendant is sentenced as provided in pages 2 through 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: XXX-XX-7965

Defendant's Date of Birth: XX/XX/1991

Defendant's Residence Address:
Texas

Defendant's Mailing Address:
Texas

August 27, 2018
Date of Imposition of Judgment

*Fernando Rodriguez, Jr.*
Signature of Judge

**FERNANDO RODRIGUEZ JR.**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

September 26, 2018
Date

EB/1082591

PF

DEFENDANT: **OSIEL CARDENAS, JR.**
CASE NUMBER: **1:15CR00060-001**

# ADDITIONAL VIOLATIONS

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| 4 | Mandatory Condition: Shall not commit another federal, state, or local crime | 03/14/2018 |
| 5 | Mandatory Condition: Shall not commit another federal, state, or local crime | 03/14/2018 |
| 6 | Mandatory Condition: Shall not commit another federal, state, or local crime | 03/14/2018 |
| 7 | Mandatory Condition: Shall not commit another federal, state, or local crime | 03/14/2018 |
| 8 | Mandatory Condition: Shall not commit another federal, state, or local crime | 03/14/2018 |
| 9 | Mandatory Condition: Possession and use of marihuana and cocaine | 03/14/2018 |

☐ See Additional Violations.

DEFENDANT: **OSIEL CARDENAS, JR.**
CASE NUMBER: **1:15CR00060-001**

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of  12 months.
The term of imprisonment imposed by this judgment shall run concurrently to the defendant's term of imprisonment in Criminal Cause 1:18CR00224-001, Southern District of Texas.

☐ See Additional Imprisonment Terms.

☐ The court makes the following recommendations to the Bureau of Prisons:

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:
    ☐ by _____ ☐ a.m. ☐ p.m. on _____ .
    ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
    ☐ before 2 p.m. on _____ .
    ☐ as notified by the United States Marshal.
    ☐ as notified by the Probation or Pretrial Services Office.

# RETURN

I have executed this judgment as follows:

_____
_____
_____

    Defendant delivered on _____ to _____
at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

**\*\*NOTE: U.S. Marshal - This is 2 of 2 Judgments.**